Henry S. Roth, Appellant, v. The City of New York, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Jacob L. Rubin, Appellant, v. Emma Rubin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

James S. Slavin, Respondent, v. John G. McGuire and Others, as Municipal Civil Service Commissioners, etc., Appellants.— Appeal withdrawn in open court. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Nathaniel Spiro, Appellant, v. Isidore Rubenstein and Max Wapnik, Copartners, etc., Respondents.— Order of the Municipal Court affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

State Board of Pharmacy, Respondent, v. Harry Balzhiser, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Jacob A. E. Steen, Respondent, v. Ole Landsness, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Andrew A. White, Appellant, v. Thomas Watts and Others, Respondents.— Judgment and orders affirmed, with costs. Motion dismissed, without costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Milnor Wiley and William C. M. Wiley, Respondents, v. George M. Smith, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that it does not appear that the promise of the defendant to divide the commissions with the plaintiffs had any consideration. Hirschberg, P. J., Burr, Rich and Carr, JJ., concurred; Thomas, J., dissented.

Leo Yampolsky, Respondent, v. Fulton Metal Company, Appellant.— Judgment of the Municipal Court reversed and action dismissed, with costs of the appeal to the appellant. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Ada S. Aaron, Respondent, v. William J. Ward, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Frank Aprigliano, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, Thomas, Rich and Carr, JJ.; Burr, J., not voting.